Henry Broom, appellant,

*v.*

Annie Broom, respondent.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *2 Dick. Ch. Rep. 215*.

*Mr. Charles H. Voorhis*, for the appellant.

*Mr. Thomas F. Noonan*, for the respondent.

Per Curiam.

Decree affirmed, for the reasons given by the vice-chancellor.

*For affirmance*—The Chief-Justice, Depue, Dixon, Garrison, Magie, Reed, Van Syckel, Werts Bogert, Brown, Krueger, Smith, Whitaker—13.

*For reversal*—None.